





Exhibit 1



## About Me


Outdoorsy


Nerd


Adventurer


Dog Person


Easygoing

| | |
|---|---|
| Last active time | Mar 19 |
| Relationship status | Single |
| Popularity | Low |

MORE...


**Sam**
5w



   



**Sam**

15, Male, Brooklyn, NY

Mar 3 · 9:40 PM

add me on snap if you wanna chat. I don't use this app often. Sc: muffnmen

Okay

✓ Seen

Type something...










**Sam**

15, Male, Brooklyn, NY

Sam
5w









Shop Deals Now!
wish

